April 15, 2011

Mr. Jeffrey Lee Dorrell
Escamilla, Poneck & Cruz, LLP
201 Stratford
Houston, TX 77006

Google Blogspot
1600 Amphitheatre Parkway
Mountain View, CA 94043

Mr. Dennis M. Lynch
Figari & Davenport, L.L.P.
901 Main Street, LB 125, Ste. 3400
Dallas, TX 75202-3796
Mr. John Stephen Morgan
Harris, Duesler and Hatfield, LLP
550 Fannin Street, Suite 650
Beaumont, TX 77701

Honorable Donald J. Floyd
172nd District Court
1001 Pearl Street
Beaumont, TX 77701-3707

RE: Case Number: 10-0366
 Court of Appeals Number: 09-10-00189-CV
 Trial Court Number: 184,784

Style: IN RE JOHN DOES 1 AND 2

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Medina not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Ms. Lolita Ramos |
| |Ms. Carol Anne |
| |Flores |